FILED
2006 Nov-28  PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:06-cr-00185-LSC-JEO |
| | ) | |
| HOWARD GURLEY | ) | |

## <u>MEMORANDUM OPINION</u>

This matter is before the court on the defendant's motion to suppress the evidence obtained as a result of the search of his residence and any oral statements he made after the search during a telephone conversation with an ATF Special Agent.  (Doc. 8).  The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.   In accord with the recommendation, the defendant's motion to suppress (doc. 8) is due to be denied.

Done this <u>28th</u> day of <u>November 2006</u>.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153